**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1503

JESSE R. LANCE,

Plaintiff - Appellant,

versus

JIMMY WILSON CAGLE,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Sol Blatt, Jr., Senior District Judge.  (2:07-cv-00726-SB)

Submitted:  October 11, 2007       Decided:  October 15, 2007

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge

Affirmed by unpublished per curiam opinion.

Jesse R. Lance, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse R. Lance appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1981 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lance v. Cagle, No. 2:07-cv-00726-SB (D.S.C. filed Apr. 23, 2007 & entered Apr. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED